IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | ) | |
| | ) | |
| v. | ) | CRIMINAL ACTION NO. |
| | ) | 2:08cr136-MHT |
| **RONRICUEZ BERNARD PAYNE** | ) | (WO) |

### ORDER

Upon consideration of the recommendation of the United States Magistrate Judge (Doc. No. 43), to which no objections have been filed; and after an independent and de novo review of the record, including the transcript of the hearing before the magistrate judge, it is the ORDER, JUDGMENT, and DECREE of the court:

(1) That the recommendation of the United States Magistrate Judge (Doc. No. 43) is adopted; and

(2) That defendant Ronricuez Bernard Payne's motions to suppress (Doc. Nos. 25 and 28) are denied.

DONE, this the 21st day of October, 2008.

          /s/ Myron H. Thompson
    **UNITED STATES DISTRICT JUDGE**