IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION


| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | CRIMINAL ACTION NO. |
| v. | ) | 2:08cr136-MHT |
| | ) | (WO) |
| RONRICUEZ BERNARD PAYNE | ) | |

OPINION AND ORDER

Amendment 782 to the 2014 edition of the Sentencing
Guidelines revised the guidelines applicable to
drug-trafficking offenses.  Following the United States
Sentencing Commission's decision to give retroactive
effect to the amendment, this court established a
Retroactivity Screening Panel to determine whether a
defendant might be eligible for a reduction of
sentence.  Upon consideration of the recommendation of
the Retroactivity Screening Panel entered February 4,
2016, and after an independent and de novo review of
the record, it is ORDERED that defendant Ronricuez
Bernard Payne's motion for sentence reduction (doc. no.
80) is denied, and that defendant Payne should not
receive a reduction in sentence pursuant to Amendment

782.   Because his sentence consists of the statutorily mandated minimum term of imprisonment on each count, 60 months plus 60 months consecutively, see Judgment (doc. 69), the court is not authorized to reduce his sentence further.

DONE, this the 4th day of February, 2016.

_ /s/ Myron H. Thompson
UNITED STATES DISTRICT JUDGE